89

(No. 75-CC-107—)

EVERGREEN CEMETERY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 14, 1974.*

WILLIAM J. SCOTT, Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-120—)

MUNKSGAARDS BOGHANDEL, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 14, 1974.*

MUNKSGAARDS BOGHANDEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.